THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
SAMUEL W. LEWIS, Appellant.

(Argued October 20, 1892 ; decided November 29, 1892.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made December 31, 1891, which affirmed a judgment
of the Court of General Sessions of the Peace of the city
and county of New York, entered upon a verdict convicting
defendant of grand larceny in the first degree.

*Herbert W. Grindal* for appellant.

*Henry B. B. Stapler* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.